# Robinson & Yablon, P.C.
## ATTORNEYS AT LAW
232 MADISON AVENUE, SUITE 1200
NEW YORK, NEW YORK 10016
TELEPHONE: (212) 725-8566
FACSIMILE: (212) 725-8567
www.robyablaw.com

August 26, 2016

**Via ECF**
Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States District Court
40 Foley Square
New York, New York 10007

                Re:    Rusin v. Borrero & Biscuits & Bath.
                        Docket No: 15-CV-2803 (RA) (AJP)

Dear Judge Abrams:

    We are pleased to advise the Court that this matter has settled and that the closing documents shall be filed forthwith.

    We request that the Court remove this case from its active trial calendar.

                                        Respectfully submitted,

                                        Andrew M. Laskin, Esq. (AL9379)

cc: Morris Duffy Alonso & Fahey – Via ECF

1